UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SCOTT ANTHONY FORD, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 7-68-P-H |
| | ) |
| WARDEN, MAINE STATE PRISON, | ) |
| et al., | ) |
| | ) |
| Defendants | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983, and seeks leave to proceed in forma pauperis.  Plaintiff's Application to Proceed In Forma Pauperis is incomplete, in that the ledger showing the activity in Plaintiff's prisoner account with the Rhode Island Department of Corrections has not been certified by an appropriate official of the prison.  Also, the court requires that the certified copy of the prison account must be current.  The account plaintiff submitted is two months old, the ending date being February 20, 2007, and it is now April 26, 2007.  See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... obtained from the appropriate official of each prison at which [he] is or was confined") (emphasis added).

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis*, incorporating the amendments, to the Plaintiff.  Plaintiff is hereby ORDERED to file an Amended

Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later than May 16, 2007, failing which a recommendation to dismiss this matter in its entirety may issue.

*SO ORDERED*

April 26, 2007

                                                  /s/ Margaret J. Kravchuk
                                                  U.S. Magistrate Judge